UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA LOPEZ FRAUSTO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COSTCO WHOLESALE CORP., ET AL.<br><br>　　　　　Defendants. | No.  1:24-cv-01453 JLT SKO<br><br>**NEW CASE NUMBER**<br><br>**1:24-cv-01453 JLT SAB**<br><br>**ORDER OF RECUSAL** |

　　　It appears to the undersigned, the magistrate judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. Section 455 is appropriate in this matter.

　　　IT IS THEREFORE ORDERED that the undersigned recuses herself as the magistrate judge to whom this case is assigned.

　　　IT IS FURTHER ORDERED that this case is reassigned to Magistrate Judge Stanley A. Boone.

　　　All future pleadings filed with the court shall use the following case number:

**1:24-cv-01453 JLT SAB**

Failure to use the correct case number may result in a delay in the document being received by the correct judicial officer.

IT IS SO ORDERED.

Dated:   **December 5, 2024**　　　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1