# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA LOPEZ FRAUSTO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-01453-JLT-SAB<br><br>ORDER VACATING PENDING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 12)<br><br>**APRIL 25, 2025 DEADLINE** |

On February 24, 2025, Defendants filed a notice of settlement, informing the Court that this matter has been resolved and that dispositional documents will be filed no later than April 25, 2025. (ECF No. 12.)

Accordingly, pursuant to the stipulation, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositional documents **no later than April 25, 2025**. Any request for further extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **February 25, 2025**

　　　　　　　　　　　　　　　　　　　　　　
STANLEY A. BOONE
United States Magistrate Judge